| | LAW OFFICES OF | NEW JERSEY OFFICE |
|---|---|---|
| WILLIAM L. JUSKA, JR. | **FREEHILL HOGAN & MAHAR LLP** | 549 SUMMIT AVENUE |
| JAMES L. ROSS* | | JERSEY CITY, N.J. 07306-2701 |
| ERIC E. LENCK | 80 PINE STREET | TELEPHONE: (973) 623-5514 |
| JOHN J. WALSH* | NEW YORK, N.Y. 10005-1759 | FACSIMILE: (973) 623-3813 |
| PATRICK J. BONNER* | | |
| PETER J. GUTOWSKI | TELEPHONE (212) 425-1900 | |
| MARK F. MULLER | | CONNECTICUT OFFICE |
| WAYNE D. MEEHAN* | FACSIMILE (212) 425-1901 | 246 MARGHERITA LAWN |
| DON P. MURNANE, JR ▵ | E-MAIL: reception@freehill.com | STRATFORD, CT 06615 |
| THOMAS M. RUSSO | | TELEPHONE: (203) 921-1913 |
| THOMAS M. CANEVARI † | www.freehill.com | FACSIMILE: (203) 358-8377 |
| MICHAEL FERNANDEZ* | | |
| JOHN F. KARPOUSIS*▵ | | |
| MICHAEL E. UNGER*† | | OF COUNSEL |
| WILLIAM J. PALLAS* | | GEORGE B. FREEHILL |
| GINA M. VENEZIA*▵ | | |
| LAWRENCE J. KAHN* | | |
| JUSTIN T. NASTRO* | | |
| BARBARA G. CARNEVALE* | | |
| MANUEL A. MOLINA | | |
| PAMELA L. SCHULTZ**† | | |
| DANIEL J. FITZGERALD*†▵ | | |
| CAROLYN E. BUNDY* | | |
| JAN P. GISHOLT† | | |
| SUSAN LEE* | | |
| EDWARD J. CARLSON | | |
| ERIC J. MATHESON* | | |

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 2 2 2010 ★
BROOKLYN OFFICE**

July 16, 2010

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▵ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

Our Ref: 278-09/ROSS

Honorable Jack B. Weinstein
United States District Court Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

*[handwritten: Note the ~~~ case jw 7/20/10]*

Re: American Stevedoring, Inc. v. NSCSA (America), Inc., et al.
10 Civ. 1488 (JBW)(CLP)

Dear Judge Weinstein:

We represent the Defendant in the captioned litigation which is pending before your Honor. Today we electronically filed our Notice of Appearance on behalf of our client. After conferring with counsel for Plaintiff, it was agreed that the claims involved in the subject litigation are subject to arbitration pursuant to a contract entered into by the parties. As such, we have jointly prepared and signed the attached Consent Order staying this litigation for arbitration. Assuming that you find this Order acceptable, we respectfully ask that it be So Ordered by the Court.

Thank you in advance for your anticipated cooperation.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

James L. Ross

JLR:hr
Enclosure

354615.1



cc:  MARSHALL, DENNEHEY, WARNER, COLEMAN & Goggin
     88 Pine Street
     New York, NY 10005-1801
     Attention: Tammy Fastman, Esq.
     (W/Enclosure)

354615.1

FREEHILL HOGAN & MAHAR LLP